# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL CANE AND JOHN CANE

VERSUS

CHARLES O'BRIEN AND UNITED
STATES AUTOMOBILE
ASSOCIATION

NO.   2022 CW 0537

**JULY 18, 2022**

---

In Re:   Michael Cane and John Cane, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 679294.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                          **GH**
                          **AHP**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.Sw

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT